# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEAMSTERS LOCAL UNION NO. 948, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　Defendant. | Case No. 1:10-cv-01935-SMS<br><br><br><br><br>**JUDGMENT** |

　　　　On October 15, 2010, Plaintiff Hilda L. Solis, United States Secretary of Labor ("Secretary"), brought action pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (as amended), 29 U.S.C. sections 401, et seq., (the "Act") against Defendant Teamsters Local Union No. 948 ("Local 948"), affiliated with International Brotherhood of Teamsters, alleging violations of Sections 401(c) and 401(e) of the of the Act during the conduct of the election of union officers for the offices of secretary-treasurer, president, vice-president, recording secretary, and trustee (3 positions) conducted by Local 948 and concluding December 30, 2008.

　　　　On October 27, 2010, the parties entered into a Stipulation of Settlement by which they agreed, among other terms, that (1) a new election of officers would take place no later than September 30, 2011, under the supervision of the Secretary, (2) upon completion of the election, the Secretary would certify to the Court the names of the persons so elected, and (3) upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such

certification to serve a term of three (3) years of office.

On November 29, 2011, the Secretary filed a Certification of Election and certified, pursuant to Section 402(c) of the Act (29 U.S.C. section 482(c)), that the following named candidates were duly elected to the offices designated: Adam Ochoa (Secretary-Treasurer), Sylvia Lovato (President), Norma L. Venegas (Vice President), Martin Torres (Recording Secretary), Consuelo Herrara (Trustee), Jesus M. Flores (Trustee), and Steve Vieira (Trustee).  Local 948 installed the newly elected officers in January 2012, as reflected in Local 948's meeting minutes dated January 17, 2012.

Accordingly, the Court hereby ORDERS that judgment be entered as follows:

A. The Certification of Election, filed November 29, 2011, is approved.

B. The following named candidates have been elected to their respective offices, in accordance with the terms of the parties' Stipulation of Settlement, to serve terms of three (3) years, commencing upon installation of the officers by Local 948:

| Office | Name |
|---|---|
| Secretary-Treasurer | Adam Ochoa |
| President | Sylvia Lovato |
| Vice President | Norma L. Venegas |
| Recording Secretary | Martin Torres |
| Trustee | Consuelo Herrara |
| Trustee | Jesus M. Flores |
| Trustee | Steve Vieira |

C. Each party shall bear its own costs, fees and expenses.

IT IS SO ORDERED.

**Dated:   February 1, 2012**          /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE